UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GERALD R. MOORE,

    Plaintiff,

v.

SELECT FINANCIAL SERVICES, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resided here when the violative conduct occurred and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, GERALD R. MOORE, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, SELECT FINANCIAL SERVICES, INC., is a corporation and citizen of the State of Florida with its principal place of business at Suite 805, 14020 Roosevelt Boulevard, Clearwater, Florida 33762.

## FACTUAL ALLEGATIONS

5. Defendant, or another party acting on its behalf, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

6. Plaintiff initially believed Defendant was attempting to contact him, but has since determined that Defendant was attempting to call some other person.

7. Plaintiff initially believed Defendant was attempting to contact him, but has since determined that Defendant was attempting to call some other person.

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or another party acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic

telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658