UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60555-Civ-Cohn/Seltzer

GERALD R. MOORE,

     Plaintiff,

v.

SELECT FINANCIAL SERVICES, INC.,

     Defendant.

_____/

## FIRST AMENDED COMPLAINT[1]
### JURY DEMAND

1.     Plaintiff alleges violation Telephone Consumer Protection Act, 47

U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow*

*Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012

U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff

resided here when the violative conduct occurred and Defendant placed telephone

calls into this District.

## PARTIES

---

[1] Pursuant to Rule 15, Plaintiff amends as a matter of right to clarify the identity of
the Defendant and its address, see paragraph 4.

3.      Plaintiff, GERALD R. MOORE, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, SELECT FINANCIAL SERVICES, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at Suite 2-260, 100 Old York Road, Jenkintown, Pennsylvania 19046.

## FACTUAL ALLEGATIONS

5.      Defendant, or another party acting on its behalf, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

6.      Plaintiff initially believed Defendant was attempting to contact him, but has since determined that Defendant was attempting to call some other person.

7.      Plaintiff initially believed Defendant was attempting to contact him, but has since determined that Defendant was attempting to call some other person.

8.      Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9.      Plaintiff incorporates Paragraphs 1 through 8.

10.      Defendant, or another party acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic

telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C §

227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.      Damages;

b.      a declaration that Defendant calls violate the TCPA;

c.      a permanent injunction prohibiting Defendants from placing

non-emergency calls to the cellular telephone of any person using an

automatic telephone dialing system or pre-recorded or artificial voice;

and

d.      Such other or further relief as the Court deems proper.

## <u>JURY DEMAND</u>

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60555-Civ-Cohn/Seltzer

GERALD R. MOORE,

     Plaintiff,

v.

SELECT FINANCIAL SERVICES, INC.,

     Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>April 2, 2012</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

SELECT FINANCIAL SERVICES, INC.
Suite 2-260
100 Old York Road
Jenkintown, Pennsylvania 19046

<u>Via Service of Process</u>