# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60555-Civ-Cohn/Seltzer

GERALD R. MOORE,

     Plaintiff,

v.

SELECT FINANCIAL SERVICES, INC.

     Defendant.

_____/

## **FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal

with Prejudice (DE ___ ), The Court has been advised that all claims and causes of action

between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED

WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise

agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE

THIS CASE.

DONE AND ORDERED in the Southern District of Florida this _____ day of

_____, 2012.

                                        _____

                                        JAMES I. COHN
                                        United States District Judge

cc:    All Counsel of Record