UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-60555-CIV-COHN/SELTZER

GERALD R. MOORE,

    Plaintiff,

vs.

SELECT FINANCIAL SERVICES, INC.,

    Defendant.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation For Dismissal With Prejudice [DE 25] ("Stipulation"). The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs, except as otherwise agreed to by the parties. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 16th day of July, 2012.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.